61 A.3d 1275

IN THE MATTER OF DOROTHY L. WRIGHT, AN ATTORNEY AT LAW (ATTORNEY NO. 006061976).

March 22, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent in DRB 12–339 of **DOROTHY L. WRIGHT** of **GREEN BROOK,** who was admitted to the bar of this State in 1976;

And the District XIII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.4(b) (failure to keep the client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), and *RPC* 1.5(b) (failure to set out the basis or rate of the fee in writing);

And the parties having agreed that respondent's conduct violated *RPC* 1.4(b) and *RPC* 1.5(b), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIII–2011–0029E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DOROTHY L. WRIGHT** of **GREEN BROOK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.